UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN LARKIN, | No. C 13-02868 LB |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| THE HOME DEPOT, INC., and DOES 1 through XX, inclusive, | |
| Defendant. | |

The parties submitted a statement with their discovery issues, some of which were to be resolved this week. To streamline case management, the court orders the parties to fill in a chart with their disputes. The issue is the dispute (e.g., Plaintiff's request for witness statements from the internal investigation). The person asking for the discovery is the moving party. The parties' positions must be no more than 50 words and include proposed deadlines for compliance.

| **Issue 1:** _____ | | |
|---|---|---|
| **Moving Party's (P/D) Position** | **Opposing Party's Position** | **Order** |
| | | |

| **Issue 2:** _____ | | |
|---|---|---|
| **Moving Party's (P/D) Position** | **Opposing Party's Position** | **Order** |
| | | |

ORDER
C 13-02868 LB

Each party has disputes with the other. To get the ball rolling, by 1 p.m. on Wednesday, June 25, 2014, the moving party must email its remaining disputes in the chart form to the opposing party. The parties must confer by phone at 2 p.m., finalize their positions, e-file their charts that day, and email a word-processible chart to the orders box at lbpo@cand.uscourts.gov. If this is not enough time, the parties may reschedule the conference to July 3, 2014 at 11 a.m. and file the update by July 1, 2014.

**IT IS SO ORDERED**.

Dated: June 24, 2014

_____
LAUREL BEELER
United States Magistrate Judge