JODY I. LEWITTER, CA Bar No. 124794
jlewitter@sl-employmentlaw.com
HEATHER CONGER, CA Bar No. 244958
hconger@sl-employmentlaw.com
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California 94612
Telephone: 510.452.5000
Facsimile: 510.452.5004

Attorneys for Plaintiff
JOHN LARKIN

KEVIN D. REESE, CA Bar No. 172992
kevin.reese@ogletreedeakins.com
JILL V. CARTWRIGHT, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOHN LARKIN,

Plaintiff,

vs.

THE HOME DEPOT, INC., and DOES 1 through XX inclusive,

Defendant.

Case No. C-13-02868 LB

**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 3, 2014**

ORDER

Complaint Filed: April 11, 2013
Trial Date: November 3, 2014

Pursuant to the Court's June 24, 2014 Case Management Scheduling Order, the parties request the court continue the case management conference from June 26, 2014 to July 3, 2014 at 11:00 a.m. The parties are in the process of complying with the Court's Scheduling Order, and believe a brief continuance will provide an opportunity to settle several of the discovery issues raised in the case management conference statement, as well as complete the joint statement being ordered by the Court. The parties will submit their joint statement by July 1, 2014 pursuant to the Court's Scheduling Order.

DATED: June 25, 2014

SIEGEL LEWITTER MALKANI

BY: */s/ Heather Conger*
Jody I. LeWitter
Heather Conger

Attorneys For Plaintiff
JOHN LARKIN

DATED: June 25, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jill V. Cartwright*
Kevin D. Reese
Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Laurel Beeler

Date: June 26, 2014

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: June 25, 2014

By: */s/ Jill V. Cartwright*
Jill V. Cartwright

18277440.1