1  KEVIN D. REESE, CA Bar No. 172992
   kevin.reese@ogletreedeakins.com
2  JILL V. CARTWRIGHT, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8
                         **UNITED STATES DISTRICT COURT**
9
                         **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   JOHN LARKIN,                              Case No. C-13-02868 LB
12
              Plaintiff,                     **DEFENDANT'S REQUEST TO MODIFY**
13                                           **THE CASE MANAGEMENT SCHEDULE**
       vs.                                   **REGARDING DEFENDANT'S REPLY TO**
14                                           **ITS SUMMARY JUDGMENT MOTION**
   THE HOME DEPOT, INC., and DOES 1
15 through XX inclusive,                     Date:        November 20, 2014
                                             Time:        9:30 a.m.
16            Defendant.                     Location:    Courtroom C, 15th Floor

17                                           Complaint Filed:   April 11, 2013
                                             Trial Date:        February 23, 2015
18

19

20

21

22

23

24

25

26

27

28
                                                              CASE NO. C-13-02868 LB
   DEFENDANT'S REQUEST TO MODIFY THE CASE MANAGEMENT SCHEDULE REGARDING
           DEFENDANT'S REPLY TO ITS SUMMARY JUDGMENT MOTION

1    Defendant respectfully requests the Court modify the Pretrial Scheduling Order to provide
2 Defendant one additional week to file its Reply to its Motion for Summary Judgment (Doc. No. 45).
3 The parties had previously agreed upon and requested a change from the local rules to provide
4 Plaintiff more time to oppose the summary judgment motion (three weeks) with Defendant
5 receiving additional time for the reply (two weeks).  The Parties initial request provided for this
6 schedule.  (Doc. No. 24).
7    The Court's current Schedule Order provides Plaintiff with his additional time to oppose the
8 summary judgment motion but *does not* provide Defendant with additional time for the Reply.
9    This request is also made because lead trial counsel, Kevin Reese, just received notice that
10 he has a settlement conference on October 28, 2014, and a trial was just scheduled for November 6,
11 2014.  The additional week will provide Mr. Reese with time to both reply to the summary
12 judgment motion in this case as well as prepare for trial and the settlement conference in his other
13 action.
14    Defendant has met and conferred with Plaintiff's counsel regarding the additional week for
15 the Reply and Plaintiff has not objected.  Attached as Exhibit A is an email reflecting the parties
16 meet and confer efforts.
17    As such, Defendant requests the Court modify its scheduling order to provide Defendant
18 until November 6, 2014 to file its Reply, as the parties originally agreed upon.  (Doc. No. 24).  This
19 request does not prejudice Plaintiff since he already agreed to this scheduling.  This request does
20 not affect the November 20, 2014 hearing on Defendant's summary judgment motion, either.

DATED:  October 3, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ Jill V. Cartwright*
       Kevin D. Reese
       Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

---

1                                                                           Case No. C-13-02868 LB
DEFENDANT'S REQUEST TO MODIFY THE CASE MANAGEMENT SCHEDULE REGARDING
DEFENDANT'S REPLY TO ITS SUMMARY JUDGMENT MOTION

# [~~PROPOSED~~] ORDER

**IT IS SO ORDERED,**

Defendant Home Depot U.S.A., Inc.'s Reply shall be due by November 6, 2014.

DATED: October 9, 2014  _____
THE HONORABLE LAUREL BEELER
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

19113866.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

CASE NO. C-13-02868 LB
DEFENDANT'S REQUEST TO MODIFY THE CASE MANAGEMENT SCHEDULE REGARDING
DEFENDANT'S REPLY TO ITS SUMMARY JUDGMENT MOTION