Jody I. LeWitter #124794
Heather Conger # 244958
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California  94612
510-452-5000
510-452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN LARKIN, | ) Case No. C 13-02868 LB |
|---|---|
| Plaintiff, | ) **[PROPOSED]** ORDER SETTING TRIAL ) DEADLINES |
| v. | ) |
| THE HOME DEPOT, INC., and DOES I through XX inclusive, | ) |
| Defendant. | ) Judge:   Hon. Mag. Judge Laurel Beeler ) Dept:    Courtroom C, 15th Floor ) ) Filed on:  April 11, 2013 |

The Court sets the following trial deadlines, following the January 22, 2015 case management conference:

| **Case Event** | **Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|
| Meet and Confer re Pretrial Filings | 2/18/15 (initial) <br> 3/18/15 (follow-up) |
| Updated Joint Case Management Statement | 2/26/15 |
| Further Case Management Conference (may appear by CourtCall): | ~~3/5/15~~ at 11:00am <br> 3/12/2015 at 11:00 a.m. |

1
~~PROPOSED~~ ORDER SETTING TRIAL DEADLINES – Case No. C 13-02868 LB

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Initial Pretrial Filings | 3/25/15 |
| Opposition, Objections, Exhibits, and Depo Designations | 4/2/15 |
| Final Pretrial Conference | 4/16/15 at 1:30 p.m. |
| Jury Selection | 4/23/15 at 1:30 p.m. |
| Trial | 4/27/15 at 8:30 a.m. |

**IT IS SO ORDERED.**

Counsel may appear by phone at the further Case Management Conference. Parties to make arrangements through CourtCall.

Dated: January 27, 2015

_____
HON. LAUREL BEELER
United States Magistrate Judge

*Siegel LeWitter Malkani*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*