1 | Jody I. LeWitter (SBN 124794)
  | Heather Conger (SBN 244958)
2 | SIEGEL LEWITTER MALKANI
  | 1939 Harrison Street, Suite 307
3 | Oakland, California 94612
  | 510-452-5000
4 | 510-452-5004 (fax)
  | jlewitter@sl-employmentlaw.com
5 | hconger@sl-employmentlaw.com

6 | Attorneys for Plaintiff

7 | Kevin D. Reese (SBN 172992)
  | Jill V. Cartwright (SBN 260519)
8 | OGLETREE, DEAKINS, NASH,
  | SMOAK & STEWART, P.C.
9 | Steuart Tower, Suite 1300
  | One Market Plaza
10 | San Francisco, CA 94105
   | 415-442-4810
11 | 415-442-4870 (fax)
   | Kevin.reese@ogletreedeakins.com
12 | jill.cartwright@ogletreedeakins.com

13 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN LARKIN, | ) Case No. C 13-02868 LB |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| v. | |
| THE HOME DEPOT, INC., and DOES I through XX inclusive, | |
| Defendant. | ) Judge: Mag. Judge Laurel Beeler<br>) Dept: Courtroom C, 15th Floor<br>) Filed on: April 11, 2013 |

///

///

///

1

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) – Case No. C 13-02868 LB

1  TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR
2  RESPECTIVE COUNSEL OF RECORD:

3  Pursuant to the parties' April 15, 2015 settlement agreement and the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses, thereby concluding this matter in its entirety.

**IT IS SO STIPULATED**, this 5th day of May, 2015.

DATED: May 5, 2015                    SIEGEL LEWITTER MALKANI

By:  /s/ Heather Conger
     Jody I. LeWitter
     Heather Conger

Attorneys for Plaintiff

DATED: May 5, 2015                    OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.

By:  /s/ Jill V. Cartwright
     Kevin D. Reese
     Jill V. Cartwright

Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 5, 2015                    By:  /s/ Heather Conger
                                           Heather Conger

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

UPON THE STIPULATION of the parties pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE the individual action of Plaintiff John Larkin against Defendant The Home Depot, Inc.

IT IS SO ORDERED.

DATED: 5/5/2015

_____
Honorable Mag. Judge Laurel Beeler